Plaintiff

MR Phillip A Davis  VS

DEFENDANTS

First Transit Group of America

And

Amalgamated Transit Union ATU Local 1743

MOTION TO SERVE by U.S. MARSHALLS

*Phillip a Davis*

12-1385

AND NOW, THIS 27th DAY OF Sept 12, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE