**DEFENDANTS**

Plaintiff

MR Phillip A Davis   VS

FIRST TRANSIT Group OF AMERICA
AND
AMALGAMATED TRANSIT UNION ATU LOCAL 1743

MOTION TO SERVE by U.S. MARSHALLS

*Phillip a Davis*

12-1385

AND NOW, THIS 27th DAY OF Sept / 12, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE