IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. PHILLIPS A. DAVIS,<br>        Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 12-1385<br>) |
| FIRST TRANSIT GROUP OF<br>AMERICA and ALMAGAMATED<br>TRANSIT UNION,<br>        Defendants. | )<br>)<br>)<br>) |

ORDER

AND NOW, this ╱╱ day of February, 2013, it appearing that plaintiff has effectuated service of his complaint on both named defendants, and having filed proofs of that service with the Court [documents #5 and #6], IT IS HEREBY ORDERED that the Order to Show Cause, dated January 25, 2013 [document #4] is hereby discharged.

BY THE COURT:

_____,C.J.

Hon. Gary L. Lancaster,
Chief United States District Judge

cc:   Mr. Phillips A. Davis
      1401 Sherman Avenue
      Pittsburgh, PA 15212