IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. PHILLIPS A. DAVIS,<br>    Plaintiff,<br><br>v.<br><br>FIRST TRANSIT GROUP OF<br>AMERICA and ALMAGAMATED<br>TRANSIT UNION,<br>    Defendants. | Civil Action No. 12-1385 |

## ORDER

AND NOW, this 6 day of February, 2013, it appearing that plaintiff has effectuated service of his complaint on both named defendants, and having filed proofs of that service with the Court [documents #5 and #6], IT IS HEREBY ORDERED that the Order to Show Cause, dated January 25, 2013 [document #4] is hereby discharged.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: Mr. Phillips A. Davis
    1401 Sherman Avenue
    Pittsburgh, PA 15212