IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. PHILLIPS A. DAVIS,<br>    Plaintiff,<br><br>v.<br><br>FIRST TRANSIT GROUP OF<br>AMERICA and ALMAGAMATED<br>TRANSIT UNION,<br>    Defendants. | Civil Action No. 12-1385 |

## ORDER

AND NOW, this 21 day of March, 2013, upon consideration of the Response to Order to Show Cause, filed by defendant Amalgamated Transit Union, Local 1743 [document #12], IT IS HEREBY ORDERED that the Order to Show Cause, dated March 11, 2013 [document #11] is hereby discharged and defendant Amalgamated Transit Union, Local 1743 shall have 21 days from the date of this order to file any responsive pleading to plaintiff's complaint.

IT IS FURTHER ORDERED that plaintiff's Request to Enter Default and for Default Judgment [document #13] is hereby denied and stricken from the record.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: Mr. Phillips A. Davis
    1401 Sherman Avenue
    Pittsburgh, PA 15212

    All Counsel of Record